

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00182-CV

MULTIPLAN, INC., APPELLANT

V.

OLYMPUS MANAGED HEALTHCARE, INC., APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2010-552,331, Honorable Leslie Hatch, Presiding

September 25, 2013

## ORDER ON JOINT MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant Multiplan, Inc. appealed from the trial court's order confirming the arbitration award in favor of Olympus Managed Healthcare, Inc. Olympus cross-appealed. Pending before the Court is a Joint Motion to Dismiss, signed by both parties, asking the Court to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2). *See* Tex. R. App. P. 42.1(a)(2). The motion states the parties have reached an agreement to compromise and settle their differences.

We grant the parties' Joint Motion to Dismiss, and dismiss the appeal and cross-appeal.  Because the motion recites that the parties also have reached agreement on costs of appeal, we make no order on costs.[1]


James T. Campbell
Justice

---

[1] The parties' Joint Motion to Dismiss also contains language referring to the relief permitted under Rule of Appellate Procedure 42.1(a)(2)(C).  If the parties actually seek abatement of the appeal rather than dismissal, they may clarify their intent by Motion for Rehearing.  Tex. R. App. P. 49.1.